IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 23-cv-00736-CNS-NRN | Date: August 10, 2023 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| NICHOLAS MUNDEN<br>**Plaintiff** | *Jon Topolewski* |
| v. | |
| MICHAEL PINEDA<br>THE CITY AND COUNTY OF DENVER<br>**Defendants** | *Kevin McCaffrey* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session:  10:00 a.m.

Appearance of counsel.

Discussion held on the complaint and claim one as it applies to the City and County of Denver.

Argument as to [17] City and County of Denver's Motion to Dismiss given by Mr. McCaffrey and Mr. Topolewski with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:   [17] The City and County of Denver's Motion to Dismiss is GRANTED.**

        **The claims against the City and County of Denver are DISMISSED without prejudice.**

Court in Recess:  10:44 a.m.          Hearing concluded.          Total time in Court:  00:44