IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00736-CNS-NRN

NICHOLAS MUNDEN,

    Plaintiff,

v.

MICHAEL PINEDA,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER of U.S. District Judge Charlotte N. Sweeney issued on November 8, 2024, [ECF No. 51] it is

ORDERED that Defendant Michael Pineda's Motion for Summary Judgment [ECF No. 39] is GRANTED in part and DENIED in part. It is

FURTHER ORDERED that judgment is entered in favor of the defendant, Michael Pineda, and against the plaintiff, Nicholas Munden. It is

FURTHER ORDERED that the defendants are awarded reasonable costs to be taxed by the Clerk pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 8th day of November, 2024.

                          FOR THE COURT:
                          JEFFREY P. COLWELL, CLERK

                          By: s/ J. Dynes
                              J. Dynes, Deputy Clerk